IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  18-08400 |
| | ) | |
| Dennis L Shamblin and Gail J Shamblin, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Janet S. Baer |

NOTICE OF MOTION

To:   Glenn Stearns, Chapter 13 Trustee, *notice via ECF delivery system*

Dennis L Shamblin and Gail J Shamblin, 1336 Douglas Ave, Unit 12 Montgomery, IL 60538, *notice via US Mail*

Tom Peck Ford of Huntley INC., 13900 Automall Dr., Huntley, IL 60172 *notice via US Mail*

*See attached service list*

PLEASE TAKE NOTICE that on June 1, 2018 at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Janet S. Baer or any other Bankruptcy Judge presiding at Kane County Courthouse 100 S. Third Street, Room 240 Geneva, IL 60134, and shall present the **Motion to Obtain/Incur Debt**, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of the Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before May 18, 2018.

/s/ *David H. Cutler*
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  18-08400 |
| | ) | |
| Dennis L Shamblin and Gail J Shamblin, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Janet S. Baer |

MOTION TO OBTAIN/INCUR DEBT

NOW COME the Debtor's, Dennis L Shamblin and Gail J Shamblin, by and through their attorneys, Cutler and Associates, Ltd., and moves the Honorable Court to enter an order authorizing the Debtor's to obtain financing for the lease of a vehicle. In support thereof, the Debtor's state as follows:

1. That on March 22, 2018 the Debtor's filed for Chapter 13 protection.

2. That the proposed plan is not yet confirmed.

3. The proposed plan pays 100% to the GUCs and the payment is $1,325 for 60 months.

4. That the Debtor's currently lease a 2015 Ford Escape, and that lease expires July 25, 2018.

5. That the Debtor's are currently over their miles and are being charged 15 cents per mile for every mile over their allowed limit.

6. The Debtor's believe they will owe an estimated $3,000 if they continue with their current lease and are looking to avoid paying the extra fees.

7. That the Debtor's are seeking early termination with their current lease to enter into a new lease.

8. The Debtors have found a 2018 Ford Escape they would like to lease.

9. That the Debtor's require a vehicle for transportation to and from work.

10. That public transportation is not readily available in their town and Debtor's travel a good distance to work.

11. The Debtor's pay $434.00 for their current lease and the new lease payment will be $437.00.

12. As such, the Debtor's seek permission of the Court to incur this new debt that will result in them having monthly automobile installments of $437.00 for 38 months. (See Exhibit A)

13. Debtors can afford the vehicle as the payment is not drastically increasing from the current lease payment.

14. That the Debtor's are in a position to make their monthly Trustee payments and afford the new vehicle lease.

15. That the Debtor's filed in good faith and fully intend to complete the plan of reorganization.

WHEREFORE, Debtor's pray that the Court enter an order that will allow them to obtain auto financing for the lease in the amount of $17,043.00, with installment payments of $437.00 per month for 38 months.

Respectfully submitted;

Dennis L Shamblin and Gail J Shamblin

By:   /s/ *David H. Cutler*
        David H. Cutler, esq.
        Cutler & Associates, Ltd.
        4131 Main St.
        Skokie IL 60076
        (847) 673-8600

3