UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-08400 |
| Dennis L Shamblin | ) | (Jointly Administered) |
| Gail J Shamblin | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER AUTHORIZING DEBTORS TO OBTAIN/INCUR DEBT**

     THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED THAT:

1) The Debtors are permitted to lease a 2018 Ford Escape or similar vehicle, with an amount financed not to exceed $17,043.00 and monthly payments not to exceed $437.00.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 01, 2018

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600